IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CYNTHIA PEEK**                                                                                   **PLAINTIFF**

**v.**                                   **Case No. 4:18-cv-377-KGB**

**MEDIATION RECOVERY CENTER INC.**                                          **DEFENDANT**

**ORDER**

Before the Court is plaintiff Cynthia Peek's notice of dismissal (Dkt. No. 6). The notice and the record accord with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(i). For good cause shown, the Court dismisses without prejudice this case and directs the Clerk of Court to close this case.

So ordered this the 31st day of March, 2022.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge